# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

FRANKLIN C. EDMONDS,

      Plaintiff,

   v.

OPERATING ENGINEERS LOCAL 139,

      Defendant.

## JUDGMENT IN A CIVIL CASE

**Case No.: 08-cv-567-bbc**

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

**This case is dismissed against defendant.**

**PETER OPPENEER**

_____

**Peter Oppeneer, Clerk**

**/s/ M. Hardin**

_____

**by Deputy Clerk**

_____6/2/09_____

**Date**